PROB 12C
(7/93)

Report Date: October 26, 2010

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 27 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edgar Sanchez-Avelar                Case Number: 2:10CR00060-001

Address of Offender: Mexico

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 08/24/2010

Original Offense:    Alien in United States After Deportation, 8 U.S.C. § 1326(a)

Original Sentence:   Prison - 76 days;                Type of Supervision: Supervised Release
                     TSR - 12 months

Asst. U.S. Attorney: Pamela J. Byerly                 Date Supervision Commenced: 10/26/2010

Defense Attorney:    Robert R. Fischer                Date Supervision Expires: 10/25/2011

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 & 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |
| | **Supporting Evidence**: Mr. Sanchez-Avelar is considered in violation of his conditions of supervised by release by committing another Federal crime, and returning to the United States without advance legal permission. |
| | On October 20, 2010, Mr. Sanchez-Avelar was arrested in the Southern District of California after having been previously deported to Mexico. Official immigration records of the Department of Homeland Security revealed Mr. Sanchez-Avelar had been deported to Mexico on September 4, 2010, through San Ysidro, California. |

Prob12C
Re: Sanchez-Avelar, Edgar
October 26, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/26/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/26/10
Date